B. Alexander Moghaddam (SBN 141199)
Lisa A. Stilson (SBN 196059)
LAW OFFICES OF ALEXANDER MOGHADDAM, PC
2001 Wilshire Blvd., Suite 210
Santa Monica, CA 90403
Tel.: (310) 315-3442
Fax: (310) 315-4144
alex@moghaddamlaw.com

Attorneys for Plaintiffs
TOPOCEAN CONSOLIDATION SERVICE (LOS ANGELES) INC., TOPLAND TRANSPORT, INC., and TOPAIR FREIGHT SYSTEM INC.

**E-FILED 7/25/08**

JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOPOCEAN CONSOLIDATION SERVICE (LOS ANGELES) INC.; TOPLAND TRANSPORT, INC., and TOPAIR FREIGHT SYSTEM INC.<br><br>Plaintiff,<br><br>vs.<br><br>MAD DOG MULTIMEDIA, INC., a California Corporation, and ROES 1 through 10, inclusive,<br><br>Defendants. | Case No. CV07-05404 GHK (Ex)<br><br>IN ADMIRALTY<br><br>[~~PROPOSED~~] JUDGMENT PURSUANT TO STIPULATION |

Plaintiffs TOPOCEAN CONSOLIDATION SERVICE (LOS ANGELES) INC.; TOPLAND TRANSPORT, INC., and TOPAIR FREIGHT SYSTEM INC. (hereinafter collectively referred to as "Plaintiffs") and Defendant MAD DOG MULTIMEDIA, INC. (hereinafter "Defendant" or "Mad Dog") presented and filed with the Court a written Stipulation for Entry of Judgment in Event of Default. The Court, having reviewed the Stipulation and the *Ex Parte* Application for Entry of Judgment filed by Plaintiffs hereby finds that good cause exists for entry of this

1  Judgment.

3  IT IS HEREBY ORDERED, ADJUDGED and DECREED, as follows:

4     1.    Judgment shall be entered in favor of Plaintiffs against Mad Dog in an amount equal to $76,100.00 plus interest in the amount of ten (10) percent per annum accruing from August 17, 2007 to the date this Judgment is entered.

7     2.    This Judgment shall bear interest at the legal rate on and from the date of entry of judgment.

9     3.    Mad Dog shall pay attorneys' fees incurred in bringing this *ex parte* application in the amount of $3,825.

11     4.    The Court shall retain jurisdiction for a period of one (1) year from the date of this Judgment in order to award Plaintiffs' attorneys' fees and costs incurred in recording and enforcing this Judgment.

Dated: July 25, 2008

_____
UNITED STATES DISTRICT JUDGE